UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| | * | |
| v. | * | |
| | * | Criminal No.14-cr-10115-IT |
| YRVENS BAIN, a/k/a "E," | * | |
| | * | |
| Defendant. | * | |

ORDER

August 28, 2015

TALWANI, D.J.

On March 18, 2015, the court issued a Pretrial Order [#85] that set a trial date for June 8, 2015, and imposed deadlines for pretrial disclosures and motions. The Pretrial Order provided that "[i]f the court reschedules the trial, all submission dates in this order remain in effect unless counsel file a motion seeking leave of court to modify them to specifically designated dates." On June 1, 2015, the court allowed the parties' motion to continue the trial date and directed counsel to "submit [a] revised trial schedule proposal." Dkt. [#90]. The parties have failed to submit a proposed schedule for pretrial disclosures and motions for the September 29, 2015 trial date. Accordingly, the court directs the parties to submit a proposed pretrial schedule modeled on the court's March 18, 2015 Pretrial Order by September 2, 2015.

IT IS SO ORDERED.

/s/ Indira Talwani
United States District Judge